JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI TEHRANCHI and MINA TEHRANCHI, <br><br> Plaintiffs, <br><br> vs. <br><br> PLAN RIVER INVESTMENT, LLC; ONEWEST BANK; NDEX WEST, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 11-02832 MMM (MANx) <br><br> JUDGMENT FOR DEFENDANTS |

On July 30, 2012, the court issued orders granting defendants OneWest Bank and NDEx West, LLC's motions to dismiss with prejudice, and defendant Plan River's motion for summary judgment.  Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiffs takes nothing by way of their complaint; and

    2.    That the action be, and it hereby is, dismissed.

DATED: August 8, 2012

                                  MARGARET M. MORROW
                           UNITED STATES DISTRICT JUDGE